**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:15-CR-011- |
| | § | SDJ |
| ROMULO OVALLE LEAL (1) | § | |
| | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Now before the Court is the request for revocation of Defendant Romulo Ovalle Leal's ("Defendant") supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on March 11, 2021, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson of the Federal Public Defender's Office. The Government was represented by Tom Gibson.

Defendant was sentenced on December 28, 2015, before The Honorable Marcia A. Crone of the Eastern District of Texas after pleading guilty to the offense of Possession of a Firearm in Furtherance of a Drug Trafficking Crime, a Class A felony. This offense carried a statutory maximum imprisonment term of Life. The guideline imprisonment range, based on a total offense level of N/A and a criminal history category of IV, was 5 years. Romulo Ovalle Leal was subsequently sentenced to 60 months imprisonment followed by a 5-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure and substance abuse treatment and testing. On March 6, 2020, Romulo Ovalle Leal completed his period of imprisonment and began service of the supervision term. On February 25, 2021, the instant case was reassigned to United States District Judge Sean D. Jordan.

On February 25, 2021, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision [Dkt. 44, Sealed]. The Petition asserted that Defendant violated five (5) conditions of supervision, as follows: (1) the defendant shall not commit another federal, state or local crime; (2) the defendant shall not unlawfully possess a controlled substance; (3) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (4) the defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer; and (5) the defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of U.S. Probation Office, until such time as the defendant is released from the program by the probation officer [Dkt. 44 at 1-2, Sealed].

The Petition alleges that Defendant committed the following acts: (1) On February 24, 2021, in Collin County, Texas, Defendant committed the offense of Manufacture/Delivery of a Controlled Substance, to wit: Methamphetamine, a Second Degree Felony; (2), (3) Defendant possessed methamphetamine as evidenced by his arrest on February 24, 2021, when he was found in possession of methamphetamine; (4) Defendant was instructed to submit a monthly supervision report by the 5th day of each month. He failed to submit monthly reports as instructed during the months of June, October, November, December 2020, and January 2021; and (5) Defendant failed to report to OnScene Drugscreens in McKinney, Texas, for drug testing on March 14, April 20, July 18, August 17, and September 23, 2020, as instructed. [Dkt. 44 at 1-2, Sealed].

Prior to the Government putting on its case, Defendant entered a plea of true to allegations 4 and 5 of the Petition. The Government dismissed the remaining allegations. Having

considered the Petition and the plea of true to allegations 4 and 5, the Court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this Court.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, with a term of supervised release of forty-eight (48) months to follow.

The Court further recommends the imposition of the following special conditions: (1) You must provide the probation officer with access to any requested financial information for purposes of monitoring your efforts to obtain and maintain lawful employment; and (2) You must participate in a program of testing and treatment for drug abuse and follow the rules and regulations of that program until discharged. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.

The Court also recommends that Defendant be housed in the Bureau of Prisons facility in Forrest City, Arkansas, if appropriate.

**SIGNED this 5th day of April, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE