**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:15-CR-11-SDJ-AGD-1 |
| | § | |
| ROMULO OVALLE LEAL | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the above-referenced criminal action, the Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. With Defendant having waived allocution before the Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of  thirty-seven (37) months to be

served concurrently with his state court cases in Collin County, Texas (219-82326-2022 and 219-82328-2022) with no supervised release to follow.

It is finally **ORDERED** that allegation (2) of the First Amended Petition is **DISMISSED**.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in Forrest City, Arkansas, if appropriate.

**So ORDERED and SIGNED this 22nd day of October, 2024.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE